AUSA:    Timothy E. Garcia          Telephone: (313) 226-9522
Task Force Officer:   Jeremy McCullough          Telephone: (313) 771-6601

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.

Ana Maria LOPEZ-Lopez

Case No.26-mj-30395

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 30, 2026 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a) | Assaulting, Resisting, or Impeding a Federal Officer with Physical Contact |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy McCullough, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___July 1, 2026_____

_____
*Judge's signature*

City and state:  Detroit, MI_____

Hon. Anthony P. Patti,  U.S. Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Jeremy McCullough, being duly sworn, state as follows:

## <u>INTRODUCTION</u>

1.      I am a Deportation Officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), having been so employed since March 2003. I was previously employed by the United States Department of Justice, Immigratio and Naturalization Service, Detention and Removal Operations. Since 2013, I have been assigned to the Federal Bureau of Investigation Violent Gang Task Force as a Task Force Officer.  I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 2510(7) and am empowered to investigate and make arrests for violations of federal criminal laws. During my career, I have been involved in numerous investigations involving federal immigration violations, production and possession of fraudulent immigration-related documents, identity theft, federal firearms, narcotics, credit card fraud investigations, homicide, and public corruption. Throughout my career as a law enforcement officer, I have participated in investigations that resulted in the execution of search and arrest warrants.

2.      This affidavit is submitted in support of a criminal complaint and application for an arrest warrant for Ana Maria LOPEZ-Lopez for violating Title 18, United States Code, Section 111(a)(1) by forcibly assaulting, resisting,

opposing, impeding, intimidating, or interfering with a federal officer with physical contact while engaged in or on account of the performance of official duties.

3.      This affidavit is submitted for the limited purpose of establishing probable cause that LOPEZ-Lopez violated 18 U.S.C. § 111(a)(1) and therefore only contains a summary of the relevant facts.  This affidavit does not set forth all information known to law enforcement regarding this case.  The statements contained in this affidavit are based on information obtained by my review of police reports, my own observations, information provided by other law enforcement officers, my experience and training, and the experience of other agents and officers.

## PROBABLE CAUSE

4.      On June 30, 2026, ICE-ERO officers in Detroit, Michigan, were conducting an operation to locate and arrest a targeted male alien for administrative immigration violations. Officers observed a car registered to the targeted alien at BP gas station at the corner of Tireman and Epworth in the City of Detroit. After the vehicle left the gas station, at approximately 8:15 a.m., officers attempted to initiate a traffic stop of the vehicle on Tireman. The vehicle fled from officers, driving on the sidewalk and then driving the wrong direction south on Hazlett Street, which is a northbound one-way street. The vehicle pulled into the driveway of a house on Hazlett Street. The driver of the vehicle, a male subject

2

matching the description of the targeted alien, exited the vehicle and attempted to enter the house.

5.      VICTIM 1, a Deportation Officer with ICE-ERO, approached the targeted alien and attempted to place handcuffs on him to effect an administrative arrest.

6.      As VICTIM 1 was effecting the administrative arrest, LOPEZ-Lopez[1] exited the vehicle and struck VICTIM 1 on the back of the head with a closed fist, preventing him from completing the process of placing handcuffs on the targeted alien, and allowing the targeted alien to flee into the residence.

7.      After the targeted alien had fled into the residence, for officer safety, the officers withdrew from the house to secure the perimeter. LOPEZ-Lopez, along with one other unknown female from the vehicle, then entered the house.

## CONCLUSION

8.      Based on the above facts, there is probable cause to believe that on June 30, 2026, in the Eastern District of Michigan, Ana Maria LOPEZ-Lopez,

---

[1] Based on a database search of a vehicle on the property LOPEZ-Lopez entered, and a MI driver's license photograph, officers initially identified LOPEZ-Lopez as a different individual. That individual bore a strong resemblance to LOPEZ-Lopez. As a result, that individual was charged in a federal criminal complaint. See 26-mj-30391. However, during the execution of a federal search warrant for the residence, Officers encountered LOPEZ-Lopez inside and positively identified her as the person who assaulted VICTIM 1. Therefore, on June 30, 2026, the United States moved to dismiss the complaint against the individual.

3

violated 18 U.S.C. § 111(a)(1) by forcibly assaulting, resisting, opposing,

impeding, intimidating, or interfering with a federal officer with physical contact

while engaged in or on account of the performance of official duties.

_____
Jeremy McCullough
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Date:  July 1, 2026

4